UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dennis Gordan, John Hine, Donna Flieger, Patricia Hurley, Ronald Lindner, Janice Reynolds, and Sharon Jewell, individually and as Representatives of a class of similarly situated persons, and on behalf of the MassMutual Thrift Plan,<br><br>       Plaintiffs,<br>v.<br><br>Massachusetts Mutual Life Insurance Co., Roger Crandall, Stuart H. Reese, Robert O'Connell, Investment Fiduciary Committee, Plan Administrative Committee, Isadore Jermyn, Michael Fanning, Mary Wilson Kibbe, Debra Palermino, Michael Rollings, Elaine Sarsynski, Richard Goldstein, Christine Fini, and John Does 1-20,<br><br>       Defendants. | Civil Action No. 3:13-cv-30184-MAP<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' RENEWED MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendants Massachusetts Mutual Life Insurance Co., the Investment Fiduciary Committee, the Plan Administrative Committee, and the individually named defendants (collectively, "Defendants") hereby renew their motion to dismiss the Class Action Complaint filed by Plaintiffs Dennis Gordan, John Hine, Donna Flieger, Patricia Hurley, Ronald Lindner, Janice Reynolds, and Sharon Jewell (the "Complaint").  For the reasons stated in the accompanying Memorandum In Support Of Defendants' Renewed Motion To Dismiss Plaintiffs' Class Action Complaint, the Complaint should be dismissed in its entirety and with prejudice because (i) Plaintiffs fail to state a claim for any ERISA violation; (ii) Plaintiffs'

claims are time-barred under ERISA § 413, 29 U.S.C. § 1113; and (iii) certain Defendants are not properly alleged to have relevant ERISA fiduciary status: Roger Crandall, Stuart H. Reese, Robert O'Connell, Elaine Sarsynski, and Massachusetts Mutual Life Insurance Co.

WHEREFORE, Defendants respectfully request dismissal of the Complaint.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request a hearing on this Motion. Defendants submit that a hearing shall assist the Court in its consideration and resolution of the issues presented herein.

Dated:  July 2, 2015

Respectfully submitted,

DEFENDANTS

By their attorneys,

/s/ James Fleckner
James O. Fleckner (BBO# 641494)
Alison V. Douglass (BBO# 646861)
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
T: 617-570-1000
F: 617-523-1231
JFleckner@goodwinprocter.com
ADouglass@goodwinprocter.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION
## AND CERTIFICATE OF SERVICE

  I, James O. Fleckner, hereby certify that counsel for Defendants conferred with opposing counsel on July 1, 2015 and were unable to resolve or narrow the issues presented in this motion prior to filing.

  I, James O. Fleckner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 2, 2015.

            /s/ James Fleckner
            James O. Fleckner

82821505