UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS GORDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE<br>INSURANCE CO., et al.,<br><br>    Defendants. | Case No. 13-CV-30184-MAP |

**JOINT NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO HOLD ALL PENDING MATTERS IN ABEYANCE**

The parties inform the Court that they have reached a tentative settlement in the above-referenced matter and respectfully request that the Court refrain from ruling on the pending motion to dismiss for a period of 30 days to allow the parties to complete the settlement.

Dated: April 1, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Troy A. Doles | /s/ James O. Fleckner |
| Troy A. Doles (admitted *pro hac vice*) | James O. Fleckner (BBO #641494) |
| Schlichter Bogard & Denton LLP | Goodwin Procter LLP |
| 100 South Forth Street, Suite 1200 | 53 State Street |
| St. Louis, MO, 63102 | Boston, MA 02109 |
| (314) 621-6115 | (617) 570-1000 |
| (314) 621-5934 (fax) | (617) 523-1231 (fax) |
| tdoles@uselaws.com | jfleckner@goodwinprocter.com |
| | |
| Counsel for Plaintiffs | Counsel for Defendants |

1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 1, 2016.

                                  /s/ Troy A. Doles
                                  Troy A. Doles