UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS GORDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO., et al.,<br><br>    Defendants. | Case No. 13-CV-30184-MAP |

**PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND MOTION FOR APPOINTMENT OF SCHLICHTER, BOGARD & DENTON AS CLASS COUNSEL**

Plaintiffs, as representatives of a class of similarly situated persons, and on behalf of the MassMutual Thrift Plan and the Massachusetts Mutual Life Insurance Company Agent Pension Plan (collectively the "Plans"), respectfully file this Motion under Rule 23 of the Federal Rules of Civil Procedure for certification of a class for settlement purposes only.

On November 5, 2013, Plaintiffs filed their complaint in this action. Plaintiffs contend that Massachusetts Mutual Life Insurance Company ("MassMutual") and Plan fiduciaries breached their fiduciary duties by causing unreasonable administrative and recordkeeping expenses to be charged to the Plans, providing unreasonably priced and poorly performing investment options, and providing a fixed income investment option that was unduly risky and expensive.

Defendants deny Plaintiffs' claims in their entirety, as well as many of Plaintiffs' factual and legal assertions that form the basis for the claims.

After months of arm's-length negotiations, which included conducting discovery and engaging in a mediation process, the Parties entered into a Settlement Agreement and have requested that the Court preliminarily approve the Settlement Agreement.

As a term of that Settlement Agreement, the Settlement Class is defined as follows:

> All current and former participants and beneficiaries of the MassMutual Thrift Plan and the Massachusetts Mutual Life Insurance Company Agent Pension Plan who carried a positive balance in either of the Plans between November 5, 2007 and March 31, 2016. Excluded from the Class are Defendants and present and former members of the Investment Fiduciary Committee and Plan Administrative Committee during the Class Period.

The proposed Settlement Class for settlement purposes meets the requirements of Rule 23(a) and of Rule 23(b)(1) of the Federal Rules of Civil Procedure. Plaintiffs' and their Counsel meet the requirements for appointment class representatives and class counsel. See declarations of the following: Jerome J. Schlichter, Dennis Gordan, John Hine, Donna Flieger, Patricia Hurley, Ronald Lindner, Janice Reynolds, and Sharon Jewell.

Plaintiffs submit with this Motion a Memorandum in Support of the Motion for Certification of a Settlement Class and Appointment of Schlichter, Bogard & Denton, LLP as Class Counsel.

As a condition of the Settlement Agreement and for purposes of facilitating settlement, Defendants do not oppose the relief requested in this motion.

WHEREFORE, Plaintiffs request the Court grant an Order certifying the above Class pursuant to Fed.R.Civ.P. 23(b)(1) for settlement purposes only and appointment Schlichter, Bogard & Denton, LLP as class counsel pursuant to Fed.R.Civ.P. 23(g).

Dated: June 15, 2016

Respectfully submitted,

/s/ Jerome J. Schlichter
SCHLICHTER, BOGARD & DENTON LLP
Jerome J. Schlichter (admitted *pro hac vice*)
Troy A. Doles (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
tdoles@uselaws.com

Lead Counsel for Plaintiffs

Stephen Churchill, BBO#564158
Hillary Schwab, BBO#666029
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
Phone: (617) 607-3260
Fax: (617) 488-2261
steve@fairworklaw.com
hillary@fairworklaw.com

Local Counsel for Plaintiffs

**LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE**

I certify that counsel for Plaintiffs conferred with opposing counsel on June 14, 2016, and during subsequent discussions via teleconference and email since that date, regarding the issues presented in this motion prior to filing. As a result of these discussions, Defendants do not oppose this motion.

I hereby certify that on June 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of this filing to all counsel of record.

/s/  Jerome J. Schlichter