UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DENNIS GORDAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE CO., et al.,<br><br>    Defendants. | No. 13-CV-30184-MAP |

### JOINT MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

The parties move this Court for final approval of the Class Action Settlement.

For Plaintiffs' part, this motion is supported by Plaintiffs' Memorandum of Law in Support of the Joint Motion for Preliminary Approval of Class Settlement (Doc. 107), as well as Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for Named Plaintiffs (Doc. 120), and the Statement of Evercore, as the Independent Fiduciary, approving of the settlement, including fees and expenses (attached hereto as Ex. 1), as well as this Court's Order Preliminarily Approving this Class Settlement (Doc. 114) and Plaintiffs' Memorandum in Support of this Motion. The Declaration of the Settlement Administrator will be filed in support of this motion after the deadlines for the notice program expire. A revised proposed Final Order will be furnished at that time.

Defendants join in requesting that the Court enter an order finally approving the settlement and enter judgment in the form to be proposed by the

parties. Defendants have not joined the memorandum filed by Plaintiffs referenced above.

| | |
|---|---|
| Dated: October 19, 2016 | Respectfully submitted, |
| /s/ Jerome J. Schlichter | /s/ James O. Fleckner |
| Jerome J. Schlichter (admitted *pro hac vice*) | James O. Fleckner (BBO #641494) |
| Schlichter Bogard & Denton LLP | Goodwin Procter LLP |
| 100 South Fourth Street, Suite 1200 | 100 North Avenue |
| St. Louis, MO, 63102 | Boston, MA 02210 |
| (314) 621-6115 | (617) 570-1000 |
| (314) 621-5934 (fax) | (617) 523-1231 (fax) |
| jschlichter@uselaws.com | jfleckner@goodwinprocter.com |
| Counsel for Plaintiffs | Counsel for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 19, 2016.

/s/ Jerome J. Schlichter
Jerome J. Schlichter